NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENOCEAN GMBH,**
*Appellant,*

**v.**

**FACE INTERNATIONAL CORPORATION,**
*Appellee.*

---

2012-1645

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Interference No. 105,755.

---

## ON MOTION

---

## O R D E R

EnOcean GmbH move without opposition to accept the accompanying joint appendix, recall the mandate, and reinstate the appeal.

On September 6, 2013, this appeal was dismissed for failure to timely file the appendix.  The court notes that the appendix was submitted with the motion to reinstate.

Upon consideration thereof,

ENOCEAN GMBH V. FACE INTERNATIONAL CORP                    2

IT IS ORDERED THAT:

(1)  The motion to accept the appendix out of time is granted. The joint appendix is accepted for filing.

(2)  The mandate is recalled, the court's September 6, 2013 dismissal order is vacated, and the appeal is reinstated.

(3)  This appeal will be placed on the oral argument calendar in due course.


FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s21